**DYKEMA GOSSETT LLP**
J. KEVIN SNYDER, SBN: 107509
ksnyder@dykema.com
BRIAN H. NEWMAN, SBN: 205373
bnewman@dykema.com
JANE K. LEE, SBN: 247259
jlee@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:    (213) 457-1800
Facsimile:    (213) 457-1850

Attorneys for Defendants
ONEWEST BANK, FSB AND INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWEST BANK, FSB.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO PANGILINAN AND ROSA SOLORZANO,<br><br>             Plaintiffs,<br><br>     vs.<br><br>FIRST FEDERAL BANK OF CALIFORNIA; FIRST COMMUNITY MORTGAGE COMPANY; ONEWEST BANK, FSB; INDYMAC MORTGAGE SERVICES; AZTEC FORECLOSURE CORPORATION; AND DOES 1 - 50, inclusive,<br><br>             Defendants. | Case No.  CV11-00217-MEJ<br><br>[PROPOSED] ORDER TO CONTINUE PLAINTIFFS' MOTION TO REMAND AS WELL AS DEFENDANTS ONEWEST BANK, FSB AND INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWEST BANK FSB'S MOTION TO DISMISS AS WELL TO CORRESPONDINGLY CONTINUE THE BRIEFING SCHEDULE FOR SAID MOTIONS |

1    Having read and considered Plaintiffs Danilo Pangilinan and Rosa Solorzano and
2  Defendants OneWest Bank, FSB and IndyMac Mortgage Services, a division of OneWest Bank,
3  FSB (collectively "OneWest") Stipulation and [Proposed] Order to Continue Plaintiffs' Motion To
4  Remand as well as OneWest's Motion to Dismiss As Well As To Continue The Briefing Schedule
5  for Said Motions, and good cause appearing, therefore, IT IS ORDERED as follows:

6    1.    OneWest's Motion to Dismiss currently set for February 17, 2011 is continued to
7  May 12, 2011 at 10:00 a.m.

8    2.    Plaintiffs' Motion to Remand currently set for February 24, 2011 is continued to
9  May 12, 2011 at 10:00 a.m.

10   3.    The parties' briefing schedule regarding their Motions, including any oppositions
11 and replies shall be correspondingly continued based on the new hearing dates.  The 4/28/11 c.m.c. is VACATED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 30, 2011

By: _____
Hon. Maria-Elena James
Chief Magistrate Judge

PAS01\179389.1
ID\JKL - 105636/0032

1