1   RONALD V. UY, ESQ., SBN 177157
    STEVAN J. HENRIOULLE, ESQ., SBN 57282
2   LAW OFFICE OF UY & HENRIOULLE
    1212 Broadway, Suite 830
3   Oakland, CA 94612
    Telephone:  (510) 835-3730
4   Facsimile:   (510) 835-3731

5

    Attorneys for Plaintiffs
6   DANILO PANGILINAN AND ROSA
    SOLORZANO
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  DANILO PANGILINAN AND              )   Civil Case No.  3:11-cv-0217-MEJ
    ROSA SOLORZANO,                    )
13                                     )   NOTICE OF MOTION AND MOTION
                          Plaintiffs,  )   TO WITHDRAW AS COUNSEL OF
14                                     )   RECORD FOR PLAINTIFFS
                 vs.                   )   WITHOUT SUBSTITUTION
15                                     )   [FED. R. CIV. P. 7(b)]
    FIRST   FEDERAL   BANK   OF        )
16  CALIFORNIA;  FIRST  COMMUNITY      )   DATE:  MARCH 31, 2011
    MORTGAGE COMPANY; ONEWEST          )
17  BANK, FSB; INDYMAC MORTGAGE        )   TIME:  10:00 A.M.
    SERVICES; AZTEC FORECLOSURE        )
18  CORPORATION; AND DOES 1 – 5,       )   DEPT:  COURTROOM "B" – 15TH Floor
19                                     )
                        Defendants.    )   JUDGE:  MARIA-ELENA JAMES
20                                     )
                                       )
21  ——————————————————————  )

22

23  MOTION BY ATTORNEY FOR PERMISSION TO WITHDRAW APPEARANCE AND FOR

24      CONTINUANCE TO ENABLE PARTIES TO RETAIN NEW COUNSEL

25

                                   1

STEVAN J. HENRIOULLE and the LAW OFFICE OF UY & HENRIOULLE, attorneys of record for **DANILO PANGILINAN** and **ROSA SOLORZANO,** the Plaintiffs in the above-entitled action, move the Court for leave to withdraw his appearance as attorney of record for Plaintiffs.

This Motion is made on the grounds set forth in the accompanying Declaration of Stevan J. Henrioulle.

Stevan J. Henrioulle further moves the Court for an order continuing any pending hearing dates.

This motion is made on the grounds that if Stevan J. Henrioulle and the Law Office of Uy and Henrioulle is granted leave to withdraw their appearance as the attorney of record for Plaintiffs in this action Plaintiffs will need a reasonable period of time in which to retain new counsel that the new counsel will need a reasonable time in which to become familiar with facts, issues, and proceedings and to properly prepare for the further hearing of this action and that it is not possible for Plaintiff to retain new counsel and for such counsel to become familiar with the facts, issues and proceedings in this action and to properly prepare the Plaintiff 's case .

This motion is further made on the grounds set forth in the accompanying Declaration of Stevan J. Henrioulle filed in support of this motion.

The last know address and telephone number of Plaintiffs is as follows:

3361 Fleetwood Drive, San Bruno, CA 94066: 650-871-8854.

Dated: March ___, 2011

STEVAN J. HENRIOULLE
Attorney for Plaintiffs

1    **RONALD V. UY, ESQ., SBN 177157**
**STEVAN J. HENRIOULLE, ESQ., SBN 57282**
2    **LAW OFFICE OF UY & HENRIOULLE**
**1212 Broadway, Suite 830**
3    **Oakland, CA 94612**
**Telephone:  (510) 835-3730**
4    **Facsimile:    (510) 835-3731**

5

Attorneys for Plaintiffs
6    **DANILO PANGILINAN AND ROSA**
**SOLORZANO**
7

8

         **UNITED STATES DISTRICT COURT**
9

        NORTHERN DISTRICT OF CALIFORNIA
10

           SAN FRANCISCO DIVISION
11

12    **DANILO PANGILINAN AND**       )    **Civil Case No**. 3:11-cv-0217-MEJ
**ROSA SOLORZANO,**             )
13                              )    **DECLARATION OF STEVAN J.**
                **Plaintiffs,**    )    **HENRIOULLE IN SUPPORT OF**
14                              )    **MOTION PERMITTING ATTORNEY**
                             )    **TO WITHDRAW AS COUNSEL OF**
15              **vs.**           )    **RECORD FOR PLAINTIFFS**
                             )    **WITHOUT SUBSTITUTION**
16    **FIRST    FEDERAL    BANK    OF**   )
**CALIFORNIA; FIRST COMMUNITY**   )
17    **MORTGAGE COMPANY; ONEWEST**   )    DATE:  MARCH 31, 2011
**BANK, FSB; INDYMAC MORTGAGE**   )
18    **SERVICES; AZTEC FORECLOSURE**   )    TIME:  10:00 A.M.
**CORPORATION; AND DOES 1 – 5,**   )
19                              )    DEPT: COURTROOM "B" – 15TH Floor
               **Defendants.**    )
20                              )    JUDGE:  MARIA-ELENA JAMES:
21    _____ )

22       I, STEVAN J. HENRIOULLE, am the attorney of record for the Plaintiffs in this action

23 and if called to testify I would competently testify as follows based on my personal knowledge:

24       Pursuant to a written retainer agreement with Plaintiffs executed on June 30, 201 I and

25 my office began representing Plaintiffs regarding their real property and encumbrances thereon.

The written retainer agreement provided for monthly payment for fees and the reimbursement for costs expended.

Paragraph15 of the agreement states, in part, as follows:

> ATTORNEY may withdraw at any time as permitted under the Rules of Professional Conduct of the State Bar of California. The circumstances which permit such withdrawal include, but are not limited to the following: (a) the consent of CLIENT, (b) the conduct of CLIENT renders it unreasonably difficult for ATTORNEY to carry out the employment and Agreement purposes effectively, and (c) CLIENT failed to make any payments to ATTORNEY due under this AGREEMENT."

Plaintiffs' Complaint alleging numerous causes of action was filed on December 7, 2010, in the Superior Court of California in San Mateo County. The action was removed to the United States District Court on or about January13, 2011.

Plaintiffs have failed to cooperate with Counsel, which has made representing them in the pending action impossible. Despite numerous communications, both written and verbal, Plaintiffs have failed and refused to cooperate with Plaintiffs counsel. A special accommodation was made for Plaintiffs to meet in our office on a Saturday but Plaintiffs failed to show-up for the appointment and failed to call to cancel the appointment.

Plaintiffs have been sent a Substitution of Attorney form for signature but they have failed to sign the document and return it to me for filing with the Court.

Plaintiffs have further failed and refused and have stated that they will continue to refuse to pay for the costs expended or the past or future legal services being provided by myself and my office. The current outstanding balance for services and costs owing to my office is $7,333.90.

A Motion for Remand was scheduled for hearing in the Department of Magistrate Judy James. By agreement between counsel and at the urging of the Court all pending motions have been continued indefinitely to be rescheduled upon the return of Judges James from surgery around April, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Dated: March ____, 2011

STEVAN J. HENRIOULLE
Attorney for Plaintiffs

3

RONALD V. UY, ESQ., SBN 177157
STEVAN J. HENRIOULLE, ESQ., SBN 57282
LAW OFFICE OF UY & HENRIOULLE
1212 Broadway, Suite 830
Oakland, CA 94612
Telephone: (510) 835-3730
Facsimile: (510) 835-3731

Attorneys for Plaintiffs
DANILO PANGILINAN AND ROSA
SOLORZANO

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN FRANCISCO DIVISION

DANILO PANGILINAN AND ROSA SOLORZANO,

Plaintiffs,

vs.

FIRST FEDERAL BANK OF CALIFORNIA; FIRST COMMUNITY MORTGAGE COMPANY; ONEWEST BANK, FSB; INDYMAC MORTGAGE SERVICES; AZTEC FORECLOSURE CORPORATION; AND DOES 1 – 5,

Defendants.

Civil Case No. 3:11-cv-0217-MEJ

ORDER PERMITTING ATTORNEY TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS WITHOUT SUBSTITUTION

DATE:

TIME:

DEPT:

At a session of the Court held in the Northern District of California, Courtroom number ____, on _____, 2011:

Present: Honorable _____, Judge

Stevan J. Henrioulle, Attorney for Plaintiffs

1

This matter having come on for hearing on motion of Stevan J. Henrioulle, Law Office of Uy & Henrioulle, attorney of record for the Plaintiffs, for permission to withdraw his appearance as attorney of record for **DANILO PANGILINAN AND ROSA SOLORZANO;**

And the Court being of the opinion that such withdrawal is proper and for good cause; therefore,

IT IS ORDERED that STEVAN J. HENRIOULLE and the LAW OFFICE OF UY & HENRIOULLE be permitted to withdraw his appearance as attorney of record for the Plaintiffs DANILO PANGILINAN and ROSA SOLORZANO  effective

_____, 2011.


Dated: _____, 2011   _____
                                      JUDGE, UNITED STATES DISTRICT COURT