UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DANILO PANGILINAN<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>FIRST FEDERAL BANK OF CA<br><br>　　　　　Defendant(s).<br>_____/ | No. C 11-00217 MEJ<br><br>**ORDER DIRECTING PLAINTIFF'S COUNSEL TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　　On March 2, 2011, Plaintiffs' counsel electronically filed a motion to withdraw. (Dkt. #18.) However, counsel has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Counsel is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

　　　　IT IS SO ORDERED.

Dated: March 8, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge