UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DANILO PANGILINAN, et al., | No. C 11-00217 MEJ |
| Plaintiffs, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| FIRST FEDERAL BANK OF CALIFORNIA, et al., | **ORDER RE: PENDING MOTIONS** |
| Defendants. | |

Before the Court is Plaintiffs' counsel's motion to withdraw as counsel of record. Having received no opposition to counsel's request, and the Court being of the opinion that such withdrawal is proper and for good cause, the Court GRANTS counsel's request. IT IS ORDERED that Stevan J. Henrioulle and the Law Office of Uy & Henrioulle be permitted to withdraw as attorney of record for Plaintiffs Danilo Pangilinan and Rosa Solorzano. However, counsel is ORDERED to serve this order upon Plaintiffs and ensure that Plaintiffs' address for service of process is provided to the Clerk of Court.

As Plaintiffs' motion to remand and Defendants' motion to dismiss remain pending, the Court CONTINUES the hearing on both motions to allow Plaintiffs time to retain new counsel. The hearing shall take place on June 16, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue. Any oppositions shall be filed by May 26, 2011, and any replies shall be filed by June 2, 2011, pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: March 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge