# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| DANILO PANGILINAN and ROSA SOLORZANO,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>FIRST FEDERAL BANK OF CA., et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 11-0217 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On January 20, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, which is currently scheduled for hearing on June 16, 2011. (Dkt. #6.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by May 26, 2011; however, Plaintiff failed to file an opposition. Further, although Plaintiffs filed a motion to remand, (Dkt. #4), they subsequently failed to file a response to Defendants' opposition. Accordingly, the Court hereby VACATES the June 16 hearing and ORDERS Plaintiffs Danilo Pangilinan and Rosa Solorzano to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 16, 2011, and the Court shall conduct a hearing on June 30, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 31, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DANILO PANGILINAN et al,

        Plaintiff,

v.

FIRST FEDERAL BANK OF CA et al,

        Defendant.

Case Number: CV11-00217 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danilo Pangilinan
Rosa Solorzano
139 Longview Dr
Daly City CA 94015

Dated: May 31, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2